**Order filed June 13, 2013**



## In The

# Eleventh Court of Appeals

_____

## No. 11-13-00054-CR

_____

## MARK JOSEPH SHUMSKI, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 271st District Court**

**Wise County, Texas**

**Trial Court Cause No. CR16247**

## O R D E R

On May 9, 2013, this court ordered Jeffery Goodwyn, the court reporter for the 271st District Court of Texas, to prepare and file in this court the reporter's record in this cause on or before May 24, 2013. We have not yet received the reporter's record. Mr. Goodwyn has ignored this court's May 9 order. Not only

has the reporter's record not been filed, there has been no contact whatsoever with the court by Mr. Goodwyn.

By this order, Jeffery Goodwyn is ORDERED to file the reporter's record in this cause on or before **3:00 p.m. on Friday, June 21, 2013**. At that time, the reporter's record must be either physically present in the clerk's office of the Eleventh Court of Appeals at 100 West Main Street, Suite 300, in Eastland, Texas, or electronically filed through the TAMES Records Submission Portal for the Eleventh Court of Appeals. If the reporter's record has not been received by this court at **3:00 p.m. on Friday, June 21, 2013,** Jeffery Goodwyn is ORDERED to appear in person at that time in the courtroom of the Eleventh Court of Appeals at 100 West Main Street in Eastland, Texas, to show cause why this court should not hold him in contempt for failure to abide by this court's order.

It is further ordered by this court that the clerk of this court furnish a copy of this order to the trial court from which this appeal has been taken.

PER CURIAM

June 13, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.

2